IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

PERRY RENEER,

       Appellant,

 v.

Case No.  5D21-1376
LT Case Nos. 2020-CF-526
            2019-CF-1486
            2020-CF-527

STATE OF FLORIDA,

       Appellee.
_____/

Decision filed July 26, 2022

Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Matthew J. Metz, Public Defender, and
Ali L. Hansen, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

EVANDER, EISNAUGLE and SASSO, JJ., concur.